IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID WESLEY BLAIR, #233734, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:12-CV-909-TMH |
| | ) [WO] |
| | ) |
| KIM THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In light of the plaintiff's payment of the initial partial filing fee, it is

ORDERED that the Recommendation entered on November 21, 2012 (Doc. No. 5) be and is hereby WITHDRAWN.

Done this 26th day of November, 2012.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE